396    HELLRIEGEL *v.* TRACTION CO., Appellant.

Statement of Facts—Opinion of the Court.    [23 Pa. Superior Ct.


## Hellriegel *v.* Southern Traction Company, Appellant.

Argued April 13, 1903.    Appeal, No. 4, April T., 1903, by defendant, from judgment of C. P. No. 3, Allegheny Co., May T., 1901, No, 361, on verdict for plaintiff in case of M. Hellriegel and G. Monnig, trading as Allegheny Upholstering Company, v. Southern Traction Company.    Before RICE, P. J., BEAVER, ORLADY, SMITH, W. D. PORTER, MORRISON and HENDERSON, JJ.    Affirmed.

Trespass to recover damages for injuries to a horse, wagon and harness.

OPINION BY HENDERSON, J., October 5, 1903 :

The case was tried with the preceding case (Hellriegel and Monnig, Partners, v. Southern. Traction Company) and arose out of the same state of facts.    For the reasons given in the opinion this day filed in that case, the judgment is affirmed.